## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

J.J. T.S., et al.

                              Plaintiff,

v.                                                      Case No.: 1:25−cv−10428

LaDeon Francis, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, August 31, 2025:

   MINUTE entry before the Honorable Georgia N. Alexakis: For the reasons reflected on the record, and in petitioners' emergency motion for a temporary restraining order and preliminary injunction [3], the Court, in its capacity as Emergency Judge, grants petitioners' emergency oral motion for a temporary restraining order and preliminary injunction. Because defendants have received notice and the government has been heard, and because the standards for issuing a preliminary injunction are the same as the standards for issuing a temporary restraining order, the Court treats petitioners' request as an oral motion for a preliminary injunction. The Court grants that motion because petitioners have demonstrated a likelihood of success on the merits, irreparable harm in the absence of injunctive relief, and that the balance of equities and public interest weigh in favor of injunctive relief. The Court therefore ORDERS that Respondents shall not remove Petitioners from the custody of the U.S. Department of Health and Human Services, Office of Refugee Resettlement ("ORR"), and place them in the custody of the U.S. Immigration and Customs Enforcement ("ICE"), pending resolution of this litigation. Nor shall Respondents remove Petitioners from the jurisdiction of the United States, nor shall they transfer Petitioners to any judicial district outside the State of Illinois, pending resolution of this litigation. If any Petitioner has already been removed from the custody of the U.S. Department of Health and Human Services, Office of Refugee Resettlement ("ORR"), or transferred outside the jurisdiction of this Court or the State of Illinois, Respondents are ORDERED to immediately notify the Court in writing of the current location(s) of the Petitioner(s), including the specific judicial district(s) and facility(ies) where the Petitioner(s) is/are held. Such notice shall be filed in writing on the docket as soon as Respondents learn this information. The status hearing set for 9 a.m. on 9/3/25 stands. Signed by the Honorable Georgia N. Alexakis on 8/31/25. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.