**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

J.J. T.S., et al.

Plaintiff,

v.                                                          Case No.: 1:25−cv−10428
                                                            Honorable Martha M. Pacold

LaDeon Francis, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 5, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received plaintiff's notice of voluntary dismissal, [62]. This dismissal took effect without court intervention. See Fed. R. Civ. P. 41(a)(1)(A); Waetzig v. Haliburton Energy Servs., 145 S. Ct. 690, 694 (2025). Defendants' motion [55] to dismiss or, in the alternative, transfer venue is denied as moot. The preliminary injunction entered by Judge Alexakis as emergency judge, see [11], [12], [13], as amended in [37], [38], is dissolved in its entirety. Civil case terminated. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.